■ SUSANNE C. OLIN et al., on Behalf of Themselves and All Other Residents, Property Owners, and Electors in and of the Town of North Hempstead, Similarly Situated, Appellants-Respondents, v. TOWN OF NORTH HEMPSTEAD et al., Respondents-Appellants. (Action No. 1.) INCORPORATED VILLAGE OF ROSLYN HARBOR, Appellant, v. TOWN OF NORTH HEMPSTEAD et al., Respondents. (Action No. 2.) INCORPORATED VILLAGE OF ROSLYN, Appellant, v. TOWN OF NORTH HEMPSTEAD et al., Respondents. (Action No. 3.) — In three consolidated actions (Action No. 1 being by six taxpayers of the defendant Town of North Hempstead; Action No. 2 being by the Incorporated Village of Roslyn Harbor; and Action No. 3 being by the Incorporated Village of Roslyn) to enjoin the construction of a municipal underwater incinerator in Hempstead Harbor by the defendants, the Town of North Hempstead and its named officials, and for other relief, the parties cross-appeal as follows from a judgment of the Supreme Court, Nassau County, entered June 20, 1962 after a nonjury trial, upon the decision and opinion of the court (34 Misc 2d 853): (1) Plaintiffs appeal, as limited by their joint brief, from so much of the judgment: (a) as dismissed the first, sixth and seventh causes of action pleaded in Action No. 1; and (b) as dismissed the complaints in Actions Nos. 2 and 3. (2) Defendants appeal from so much of the judgment as, upon the third cause of action pleaded in Action No. 1, enjoined them, conditionally, from constructing the incinerator in Hempstead Harbor. Judgment, insofar as appealed from, affirmed, without costs. No opinion. (For prior appeals to this court in the first action, see 11 A D 2d 797; 13 A D 2d 996.) Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ JAMES K. PRIESTLY et al., Respondents, v. CHARLES L. WALKER, Appellant.— In an action to recover plaintiffs' share of a real estate brokerage commission under a cobrokerage agreement between plaintiffs and defendant, the defendant appeals from a judgment of the Supreme Court, Westchester County, entered June 8, 1962 after trial before an Official Referee, upon the decision of such Referee in favor of plaintiffs. Judgment affirmed, with costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN GRAVES, Appellant.— In a coram nobis proceeding, defendant appeals from an order of the former County Court, Kings County, dated April 20, 1960, which denied, after a hearing, his application to vacate a judgment of said court rendered January 20, 1958, after a jury trial, convicting him of grand larceny in the second degree, and sentencing him as a second felony offender. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON HALIO, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 14, 1962 after a jury trial, convicting him of abortion, imposing sentence and suspending its execution. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.